IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREY D. PERKINS**                                                                               **PETITIONER**
**ADC# 112808**

**v.**                      **CASE NO. 5:18-CV-00037 BSM**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 18] submitted by United States Magistrate Judge Joe J. Volpe have been received as well as petitioner Corey Perkins's objection [Doc. No. 21]. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Perkins's petition and amended petition for writ of *habeas corpus* are dismissed, the requested relief is denied, and no certificate of appealability will issue.

IT IS SO ORDERED this 21st day of August 2018.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE